FILED
APR 27 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **1:22 CR 209** |
| ) | |
| MALCOLM HOYLE, ) | CASE NO._____ |
| ) | Title 18, United States Code, |
| Defendant. ) | Sections 922(g)(1), and |
| ) | 924(a)(2) **JUDGE CALABRESE** |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

On or about February 10, 2022, in the Northern District of Ohio, Eastern Division, Defendant, MALCOLM HOYLE knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Felon in Possession of a Firearm and/or Ammunition, in Case Number 1:14CR248, in the United States District Court, Northern Division of Ohio, Eastern Division, on or about March 25, 2019; Involuntary Manslaughter, in Case Number CR-02-433204-ZA, in the Cuyahoga County Common Pleas Court, on or about June 19, 2003; Felonious Assault, in Case Number CR-05-466578-A, in the Cuyahoga County Common Pleas Court, on or about November 16, 2005; Trafficking, in Case Number CR-07-503882-A, in the Cuyahoga County Common Pleas Court, on or about August 8, 2008; and Trafficking, in Case Number CR-08-510823-A, in the Cuyahoga County Common Pleas Court, on or about August 18, 2008, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 19, 9mm pistol, serial number ABPU727 and

ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offenses, Defendant MALCOLM HOYLE, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violations charged in Count 1 including, but not limited to, the following: a Glock, Model 19, 9mm pistol, serial number ABPU727 and ammunition, seized on February 10, 2022.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.